IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-cv-60-FL

| | |
|---|---|
| DELORES STALLINGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $4,612.25 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,366.00 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $4,612.25 and that Plaintiff's counsel pay to Plaintiff the sum of $3,366.00 and upon the payment of such sums this case is dismissed with prejudice.

This __5th__ day of _____February_____, 2016.

_____
U.S. District Judge Louise Flanagan